# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

**RICHARD DAVID RUDY, III,**
       *Plaintiff,*

**v.**

**WERNER ENTERPRISES, INC.,**
**ABDOUL KADER SANFO,**
       *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§

**P:26-CV-00011-DC**

## ORDER

BEFORE THE COURT are the reports and recommendations ("R&R") from United States Magistrate Judge David B. Fannin concerning Defendant Werner Enterprises, Inc.'s Motion to Dismiss.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his initial report and recommendation on March 13, 2026[2] but amended that recommendation on April 28, 2026.[3]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[4]

---

[1] Doc. 17.

[2] Doc. 28.

[3] Doc. 34.

[4] Fed. R. Civ. P. 72 advisory committee's note.

In his initial R&R, the Magistrate Judge recommended that the motion to dismiss should be granted. In so doing, the R&R advised that Plaintiff's negligence claims should be dismissed with prejudice because there is an insufficient factual basis to support the claims. The R&R also recommends denying leave to amend the complaint because Plaintiff fails to attach the proposed amended complaint or otherwise indicate what would change with amendment. Plaintiff filed a motion for reconsideration and objections to the R&R on March 27, 2026.

The Magistrate Judge granted Plaintiff's motion to reconsider its recommendation concerning leave to amend but did not reconsider its recommendation to grant the motion to dismiss. Because no party in this case has filed timely objections to the amended recommendation the Court reviews it for clear error. Having done so and finding no clear error, the Court accepts and adopts the amended report and recommendation as its own order.

Plaintiff also objected to the R&R's recommendation that the Motion to Dismiss be granted and Plaintiff's claims be dismissed with prejudice. The Court concurs that the original complaint fails to present sufficient facts to state a plausible claim. The objections are **OVERRULED** to the extent that they apply to whether the motion to dismiss should be granted. The amended recommendation granting leave to amend the complaint also functionally amended the original recommendation dismissing Plaintiff's claims with prejudice. Therefore, the Court adopts the R&Rs as they have been amended following the Magistrate Judge's reconsideration.  All other objections raised by Plaintiff are therefore moot.

Accordingly, the Court **ORDERS** the reports and recommendations of the United States Magistrate Judge are **ADOPTED**. Defendant Werner Enterprises, Inc.'s Motion to Dismiss is **GRANTED**. Plaintiff's claims of negligence are **DISMISSED WITHOUT PREJUDICE**.

However, the Court **GRANTS** Plaintiff leave to file an amended complaint.

The Clerk's Office is **DIRECTED** to file Plaintiff Richard David Rudy III's Second Amended Complaint.[5]

It is so **ORDERED**.

SIGNED this 22nd day of May, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[5] Doc. 30-1.